IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

**ASENTINEL LLC,**

**Plaintiff,**

**v.**                                                        Civil Action No. 2:10-cv-02706-BBD-TMP

**ANCHORPOINT, INC.,**
**CASS INFORMATION SYSTEMS, INC.,**
**VERAMARK TECHNOLOGIES, INC.,**

**Defendants.**
_____

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING
DEFENDANT'S MOTION TO DISMISS**
_____

Before the Court is Defendant Cass Information Systems' ("Cass") Motion to Dismiss Plaintiff's claims for Inducement to Infringe and Contributory Infringement pursuant to Federal Rule of Civil Procedure 12(b)(6). (D.E. #42.)  The motion was referred to the magistrate judge for a Report and Recommendation pursuant to 18 U.S.C. § 636. (D.E. #80.)  On August 3, 2011, the magistrate judge issued his report with a recommendation that Defendant's motion be granted.  No objections or exceptions have been filed.  The Court hereby adopts the Report and Recommendation as its findings and conclusions of law.  For the reasons set forth in the Report and Recommendation, Defendant's motion to dismiss is **GRANTED** without prejudice.  Plaintiff is allowed twenty (20) days from the date of entry of this order to file an amended complaint.

**IT IS SO ORDERED** this 22nd day of August, 2011.

                                                        s/Bernice Bouie Donald
                                                        BERNICE BOUIE DONALD
                                                        UNITED STATES DISTRICT JUDGE